IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINSTON FELIX, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 06-00863-CB-B |
| DAVID O. STREIFF, *et al.*, | : |
| Respondents. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of March, **2008**.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**